IN THE MATTER OF JOHN THORN. 

PAPERS IN FILE (1835): (1) Affidavit for certiorari and supersedeas, allocatur; (2) transcript of proceedings before J. P.; (3) copy of execution

issued by J. P.; (4) writ of certiorari and copy of affidavit; (5) return to certiorari.
*1824–36 Calendar*, MS p. 240.